# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CENTURY INDEMNITY COMPANY, AS : No. 68 EM 2018
SUCCESSOR TO CCI INSURANCE :
COMPANY, AS SUCCESSOR TO :
INSURANCE COMPANY OF NORTH :
AMERICA AND PACIFIC EMPLOYERS :
INSURANCE COMPANY, :
:
          Respondents :
:
:
:
       v. :
:
:
ONEBEACON INSURANCE COMPANY :
F/K/A CGU INSURANCE COMPANY :
F/K/A GENERAL ACCIDENT INSURANCE :
COMPANY OF AMERICA, :
:
          Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2018, the Petition for Review is DENIED.